UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                            CASE NO: 2:15-cr-22-FtM-38MRM

BASILIO AMAURY BRON, JR.
_____

**ORDER**

This matter comes before the Court on receipt of defendant's letter addressed to the undersigned and received in Chambers on July 16, 2015. As correspondence with the Court in the form of a letter is not permitted[1], the letter will be forwarded to counsel for defendant without filing and for whatever action deemed appropriate.

Accordingly, it is now

**ORDERED:**

The Clerk shall forward defendant's letter directly to counsel for defendant, without filing a copy.

**DONE AND ORDERED** at Fort Myers, Florida, this July 16, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record; Basilio Bron, Jr.

---

[1] See M.F. Fla. R. 3.01(f)