UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-22-FtM-38MRM

BASILIO AMAURY BRON, JR.

## ORDER

This matter comes before the Court on the Non-Jury Trial held on November 12, 2015.  After careful review and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED, AND DECREED that Defendant Basilio Amaury Bron, Jr., being a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm in violation of Title 18, United States Code, Section 922(g)(1).  The Court therefore finds Defendant Basilio Amaury Bron, Jr. **GUILTY** of Count One of the Indictment.  This action is referred to the United States Probation Office for a Pre-Sentence Investigation Report.  The Clerk is directed to issue a Notice of Hearing for the Sentencing Hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this 12th day of November, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record