UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO.: 2:15-cr-22-SPC-KCD

BASILIO AMAURY BRON, JR.

### ORDER OF TRANSFER[1]

Before the Court is Defendant Basilio Amaury Bron, Jr.'s Unopposed Motion to Transfer Case (Doc. 133) filed February 6, 2023. Bron requests the court issue an order transferring his pending Fort Myers case, Docket No. 2:15-CR-22-SPC-KCD, to the Tampa Division's Honorable Virginia M. Hernandez Covington.

The motion to transfer case is **GRANTED**. It is **ORDERED** that this case is **TRANSFERRED** to the Honorable Virginia M. Hernandez Covington in the Tampa Division, with her consent, for all future proceedings.

**DONE AND ORDERED** in Fort Myers, Florida on February 7, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.